**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Cedric Bartee,                                        Case No.:

      Plaintiff,

v.

Robert McCarthy, individually,

      Defendant.

_____/

**COMPLAINT**

Comes now Plaintiff, Cedric Bartee, by and through his undersigned attorney, and sues Defendant Robert McCarthy, for violating his constitutional rights and protections, and states:

1.     This is a  civil action seeking money damages against  Defendant for committing acts, under color of law, which deprived Plaintiff of rights secured under the Constitution and laws of the United States.

2.     Plaintiff's federal claims arise pursuant to 42 U.S.C. §§1983 and 1988, for violations of his rights protected by the Fourth Amendment to the United States Constitution.

3.     Venue in this judicial district is proper pursuant to 28 U.S.C. §1391 because the Defendant is subject to personal jurisdiction in Orange County, and all events giving rise to Plaintiff's claims occurred in Orange County, which is within the jurisdiction of the United States District Court, in and for the Middle District of Florida.

4.     Plaintiff is a resident of Florida. He is over the age of 18 years and is otherwise *sui juris*.

5.     At the material times, Defendant McCarthy was a deputy sheriff employed by the Orange County Sheriff's Office, was acting under color of law, was over the age of 18 years, and otherwise was *sui juris*. Plaintiff sues McCarthy in his individual capacity. In connection with the acts, practices and violations described below, Defendant McCarthy directly or indirectly violated Plaintiff Bartee's Constitutional and other legal rights.

6.     This case of action arises under 42 U.S.C. s. 1983 for violations of Plaintiff's Fourth Amendment right to be free from the use of excessive force against him.

7.     The Fourth Amendment to the United States Constitution protects persons from being subjected to excessive force while being arrested.

8.    Law enforcement officers may only use the amount of force necessary under the circumstances to make an arrest. In the incident giving rise to this action, however, Defendant McCarthy used deadly force against Plaintiff at a level that was unnecessary and excessive under the circumstances.

9.    On December 8, 2014, Plaintiff was driving a vehicle in a residential parking lot at a slow speed, having just backed the car out of a parking space.

10.    There was a passenger in the front seat beside him.

11.    Suddenly, the vehicle was surrounded by police cruisers.

12.    Plaintiff immediately halted the vehicle's motion.

13.    Defendant McCarthy and one other deputy employed by the Orange County Sheriff's Office jumped out of their vehicles and pointed their firearms at Plaintiff and his passenger.

14.    The deputies shouted commands to Plaintiff and the passenger for them to put their hands up.

15.    Plaintiff and the passenger obeyed all orders of the deputies, including raising their hands and showing that they held no weapons.

16.    Then, intentionally and for no legitimate reason, Defendant McCarthy fired his weapon at Plaintiff three times.

17.    All three bullets fired by McCarthy entered Plaintiff's body, causing Plaintiff to suffer grave personal injury and permanent scarring, in addition to other damages.

18.    Defendant McCarthy acted under color of state law when he deprived Plaintiff of his Fourth Amendment right to be free from the use of excessive force against him when law enforcement effects an arrest.

19.    The amount of force Defendant McCarthy used against Plaintiff was unreasonable under the circumstances, and the injuries suffered were unnecessarily grave.

20.    Through Defendant's actions, Plaintiff Bartee's rights and protections under the Fourth Amendment were violated, with devastating results and harm from which he will never fully recover.

21.    Plaintiff has agreed to pay his undersigned counsel a reasonable fee for services rendered.

WHEREFORE, Plaintiff Cedric Bartee requests judgment against Defendant Robert McCarthy for compensatory damages, attorney's fees and

costs, any other and further relief that the Court deems just and proper, and requests trial by jury on all issues so triable.

Dated: <u>December 8, 2018</u>

Respectfully submitted,

W. Craig Lawson, P.A.
Attorney for Plaintiff
1880 N. Congress Ave.
Suite200
Boynton Beach, FL 33426
(561) 374 8624
craig@craiglawsonlaw.com
By:    <u>*/s/ W. Craig Lawson*</u>
        FBN: 79103